# United States Bankruptcy Court
## Western District of Pennsylvania

In re: **James B. Steele, Jr.** / **Barbara E. Steele**, Debtor(s)

Case No. **25-21486**
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **James B. Steele, Jr.**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [✓] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- [ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, **Barbara E. Steele**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [✓] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- [ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **June 21, 2025**    Signature **/s/ James B. Steele, Jr.**
James B. Steele, Jr.
Debtor

Date **June 21, 2025**    Signature **/s/ Barbara E. Steele**
Barbara E. Steele
Joint Debtor

the date you get this letter. We will assume you got this letter 5 days after the date of the letter, [unless you show us that you got it later]. If you disagree with the decision, you have 60 days to request an appeal. [You have] 60 days to file an appeal. You can go to www.ssa.gov/non-medical-appeal to complete and submit the "Request for Reconsideration" form, SSA-561-U2 online. You may also contact us by phone to request the form or go to our website at www.ssa.gov/forms to locate the form. If you need help with the form, please call us.

## Medicare Information

For questions about Medicare, visit **www.medicare.gov** or call **1-800-MEDICARE** (**1-800-633-4227**) (TTY **1-877-486-2048**).

- If you do not sign up for Medicare Part B (Medical Insurance) when you are first eligible or if you cancel Part B and then get it later, you may have to pay a late enrollment penalty for as long as you have it.

- If you have limited income and resources, you may be able to save money on your prescription drugs (Extra Help Program) or get help to pay for your Medicare premiums through a Medicare Savings Program (MSP). You can apply for Extra Help online and start your application process for the MSP at **www.ssa.gov/medicare/part-d-extra-help**. For help with MSP, you can visit **www.medicare.gov/medicare-savings-programs** or call your local Medicaid office.

## Notice of Cost-of-Living Adjustment (COLA)

Hello BARBARA E STEELE

Your Social Security benefit will increase by **2.5%** in January 2025 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records or access this information online by signing into your *my Social Security* account.

| How Much You Will Get In 2025 (Before Deductions) | Monthly Amount |
|---|---|
| Your monthly benefit in 2025 <u>before</u> deductions | $1,334.00 |
| **2025 Common Deductions** | **Monthly Amount** |
| Medicare Medical Insurance (Part B and Part C)<br>If you did not have Medicare as of November 21, 2024, or if someone else pays your premium, we show $0.00. | -$185.00 |
| Medicare Prescription Drug Plan (Part D)<br>We will notify you if the amount changes in 2025. If you did not elect withholding as of November 1, 2024, we show $0.00. | -$0.00 |
| U.S. federal tax withholding for non-citizens | -$0.00 |
| Voluntary federal tax withholding<br>If you did not elect voluntary tax withholding as of November 21, 2024, we show $0.00. | -$114.90 |
| **How Much You Will Get In 2025 (After Deductions)** | **Monthly Amount** |
| Your monthly benefit in 2025 <u>after</u> deductions<br>This monthly amount may include deductions not listed above. | $1,034.10 |

**For more information about your COLA** and other benefits-related topics such as Medicare, Ticket to Work, Reporting Wages, Earnings Limits, Other Pensions,



Your Social Security benefit will increase by **2.5%** in January 2025 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records or access this information online by signing into your *my Social Security* account.

| How Much You Will Get In 2025 (Before Deductions) | Monthly Amount |
|---|---|
| Your monthly benefit in 2025 <u>before</u> deductions | $1,979.00 |
| **2025 Common Deductions** | **Monthly Amount** |
| Medicare Medical Insurance (Part B and Part C) If you did not have Medicare as of November 21, 2024, or if someone else pays your premium, we show $0.00. | -$185.00 |
| Medicare Prescription Drug Plan (Part D) We will notify you if the amount changes in 2025. If you did not elect withholding as of November 1, 2024, we show $0.00. | -$0.00 |
| U.S. federal tax withholding for non-citizens | -$0.00 |
| Voluntary federal tax withholding If you did not elect voluntary tax withholding as of November 21, 2024, we show $0.00. | -$179.40 |
| **How Much You Will Get In 2025 (After Deductions)** | **Monthly Amount** |
| Your monthly benefit in 2025 <u>after</u> deductions This monthly amount may include deductions not listed above. | $1,614.60 |

**For more information about your COLA** and other benefits-related topics such as Medicare, Ticket to Work, Reporting Wages, Earnings Limits, Other Pensions, and more, go to *www.ssa.gov/cola* or scan the QR code.

If you would like a paper copy of any of this information, please contact us.



**Need more help?**

1. Visit *www.ssa.gov* for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am. to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-964-2037**.

SOCIAL SECURITY
540 5TH AVE
MCKEESPORT, PA 15132

**How are we doing?** Go to *www.ssa.gov/feedback* to tell us.
**Go paperless & get your COLA notice online at *www.ssa.gov/myaccount***
Tell us how we are doing at *www.ssa.gov/feedback/COLA*
BNC#: 24B1992K28468

Over ▶

900 PARISH STREET, SUITE 101 • PITTSBURGH, PA 15220
EMAIL: contactus@wpapensionfund.com • http://www.wpapensionfund.com

December 26, 2024

Mr. James B. Steele, Jr.
1138 Park Way
White Oak, PA 15131

RE: Pension Verification
James B. Steele, Jr.
Retiree ID # 105941

Dear Mr. James B. Steele, Jr.:

As per your request, this letter is being sent to confirm that you receive a monthly pension benefit from the Western Pennsylvania Teamsters and Employers Pension Fund in the amount of $1,217.93 (gross).

Your benefit became effective on February 27, 2009 and is expected to continue for life.

If you have any questions or need additional information, please call the Fund Office.

Sincerely,

Gerri Talerico
Office Manager

GT/cc