FILED
11/21/25 12:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| **James B. Steele Jr.** | ) | **Case No. 25-21486-GLT** |
| **Barbara E. Steele** | ) | |
| | ) | **Chapter 13** |
| **Debtor(s).** | ) | Related to Docket No. 35 |
| _____ | X | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑      a motion to dismiss case or certificate of default requesting dismissal

☒      a plan modification sought by:    The Debtor

❑      a motion to lift stay
as to creditor     _____

❑      Other:     _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

✠ Chapter 13 Plan dated _ July 4 2025
❑ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑      Debtor(s) Plan payments shall be changed from $ ____865.00__ to
$ _875.00___ per _month_ , effective __12/25__; and/or the Plan term shall be
changed from ___ months to ____ months.          .

❑      In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

[04/22]                    -1-

the Trustee or a party in interest may file with the Court and  serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:  Notice of Mortgage Payment Change (Claim # 10) with Certificate of Service Filed by Creditor LAKEVIEW LOAN SERVICING, LLC Filed by LAKEVIEW LOAN SERVICING, LLC

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this __ 21st Day of November, 2025

Dated: _ November 21, 2025

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:                          Stipulated by:

/s/ Lawrence W. Willis                  /s/ Jim Warmbrodt
Lawrence W. Willis                      Jim Warmbrodt
Counsel to Debtor                       Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

[04/22]                          -3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-21486-GLT |
| James B. Steele, Jr. | Chapter 13 |
| Barbara E. Steele | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 21, 2025 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James B. Steele, Jr., Barbara E. Steele, 138 Park Way, White Oak, PA 15131-1122 |
| 16551588 | + | EBI LLC, PO Box 74010474, Chicago, IL 60674-0001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16551578 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 22 2025 01:13:02 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16542780 | ^ | MEBN | Nov 22 2025 00:40:31 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 16551580 | + | Email/Text: famc-bk@1stassociates.com | Nov 22 2025 01:18:00 | BANK OF MISSOURI, 5109 S BROADBAND LANE, Sioux Falls, SD 57108-2208 |
| 16542781 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 22 2025 01:09:24 | Best Egg, Attn: Bankruptcy, Po Box 42912, Philadelphia, PA 19101-2912 |
| 16542782 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2025 01:45:04 | Cap1/kohls Dept Store, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16542783 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2025 01:11:23 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16542784 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 22 2025 01:13:02 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 16562659 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 22 2025 01:45:14 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16546270 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2025 01:11:25 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16556187 | | Email/Text: mrdiscen@discover.com | Nov 22 2025 01:17:00 | Capital One, N.A., successor by merger to Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 16542785 | ^ | MEBN | Nov 22 2025 00:41:06 | Cbna, Attn: Bankruptcy, one Tallman Road, Canton, NY 13617-3604 |
| 16542786 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2025 01:42:58 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 16542792 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2025 01:44:00 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 16542787 | + | Email/Text: mrdiscen@discover.com | | |

District/off: 0315-2                              User: auto                                    Page 2 of 4
Date Rcvd: Nov 21, 2025                         Form ID: pdf900                              Total Noticed: 40

| | | | Nov 22 2025 01:17:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
|---|---|---|---|---|
| 16566736 | + | Email/Text: jdryer@bernsteinlaw.com | Nov 22 2025 01:17:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16562234 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 22 2025 01:18:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16566962 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2025 01:11:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16542788 | ^ | MEBN | Nov 22 2025 00:40:57 | Lakeview Loan Servicing, LLC, PO Box 619063, Dallas, TX 75261-9063 |
| 16560006 | ^ | MEBN | Nov 22 2025 00:40:13 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 16542789 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2025 01:13:10 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 16542791 | | Email/Text: camanagement@mtb.com | Nov 22 2025 01:17:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240 |
| 16542790 | | Email/Text: camanagement@mtb.com | Nov 22 2025 01:17:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264 |
| 16542793 | | Email/Text: ml-ebn@missionlane.com | Nov 22 2025 01:17:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 16544883 | + | Email/PDF: cbp@omf.com | Nov 22 2025 01:43:06 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 16542795 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2025 01:42:59 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16555529 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2025 01:43:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 16542794 | ^ | MEBN | Nov 22 2025 00:40:56 | Patenaude & Felix, 2400 Ansys Drive Suite 402 B, Canonsburg, PA 15317-0403 |
| 16555484 | | Email/Text: bnc-quantum@quantum3group.com | Nov 22 2025 01:18:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16567342 | | Email/Text: bnc-quantum@quantum3group.com | Nov 22 2025 01:18:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16542796 | + | Email/Text: bknotice@raslavrar.com | Nov 22 2025 01:17:00 | RAS LaVar, 425 Commerce Drive Suite 150, Fort Washington, PA 19034-2727 |
| 16558967 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2025 01:13:04 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16567867 | | Email/PDF: ebn_ais@aisinfo.com | Nov 22 2025 01:09:23 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 16542797 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 22 2025 01:44:57 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16542798 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 22 2025 01:43:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16559978 | | Email/Text: bncmail@w-legal.com | Nov 22 2025 01:17:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 16542799 | + | Email/Text: bncmail@w-legal.com | Nov 22 2025 01:17:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 16542800 | + | Email/PDF: cbp@omf.com | Nov 22 2025 01:43:07 | WebBank/OneMain, Attn: Bankruptcy, 215 South |

District/off: 0315-2

User: auto

Page 3 of 4

Date Rcvd: Nov 21, 2025

Form ID: pdf900

Total Noticed: 40

| | | State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
|---|---|---|
| 16542801 | + Email/Text: pitbk@weltman.com | |
| | Nov 22 2025 01:17:00 | Weltman Weinberg & Reis, Two Allegheny Center Nova Tower Two, Suite 1302, Pittsburgh, PA 15212-5411 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16551579 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 16551581 | *+ | Best Egg, Attn: Bankruptcy, Po Box 42912, Philadelphia, PA 19101-2912 |
| 16551582 | *+ | Cap1/kohls Dept Store, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16551583 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16551584 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 16551585 | *+ | Cbna, Attn: Bankruptcy, one Tallman Road, Canton, NY 13617-3604 |
| 16551586 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 16551593 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 16551587 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16551589 | *+ | Lakeview Loan Servicing, LLC, PO Box 619063, Dallas, TX 75261-9063 |
| 16551590 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 16551592 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, PO Box 1288, Buffalo, NY 14240 |
| 16551591 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, PO Box 62182, Baltimore, MD 21264 |
| 16551594 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 16551596 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16551595 | *+ | Patenaude & Felix, 2400 Ansys Drive Suite 402 B, Canonsburg, PA 15317-0403 |
| 16551597 | *+ | RAS LaVar, 425 Commerce Drive Suite 150, Fort Washington, PA 19034-2727 |
| 16551598 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16551599 | *+ | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16551600 | *+ | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 16551601 | *+ | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 16551602 | *+ | Weltman Weinberg & Reis, Two Allegheny Center Nova Tower Two, Suite 1302, Pittsburgh, PA 15212-5411 |

TOTAL: 1 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0315-2

User: auto

Page 4 of 4

Date Rcvd: Nov 21, 2025

Form ID: pdf900

Total Noticed: 40

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Denise Carlon | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com |
| | btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lawrence Willis | |
| | on behalf of Debtor James B. Steele  Jr. ecf@westernpabankruptcy.com, |
| | urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | |
| | on behalf of Joint Debtor Barbara E. Steele ecf@westernpabankruptcy.com |
| | urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 6